IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

QUICKEN LOANS INC., a Michigan         )
corporation,                           )
                                       )        2:03-cv-0256-GEB-JFM
                    Plaintiff,         )
                                       )        ORDER
        v.                             )
                                       )
PRESTON DuFAUCHARD, in his             )
official capacity as Commissioner      )
of the California Department of        )
Corporations,                          )
                                       )
                    Defendant.         )
_____)

        The parties filed a Joint Status Report ("JSR") on

September 11, 2006, in which they state that upon remand from the

Ninth Circuit, "[t]he only remaining action for this [C]ourt is to

dismiss the third claim for relief without prejudice and to enter

judgment in favor of [Defendant,]" but agree that "the [C]ourt should

defer entry of judgment pending the ruling from the United States

Supreme Court on [Plaintiff's] petition for a writ of certiorari."

(JSR at 1-2.)  Accordingly, the status (pretrial scheduling)

conference scheduled for September 25, 2006, is vacated.  Counsel

shall file a written notice within 15 days following a ruling by the

Supreme Court on Plaintiff's petition for a writ of certiorari in
which they describe the contents of that ruling.

      IT IS SO ORDERED.

Dated:  September 14, 2006


                   /s/ Garland E. Burrell, Jr.
                   GARLAND E. BURRELL, JR.
                   United States District Judge